IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| LARRY D. HELTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL NO. 5:05CV269 |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

**THIS MATTER** having come before the court pursuant to 28, United States Code, Section 636(c), and it appearing that the United States of America has moved this Court, pursuant to sentence four of 42 U.S.C. §405(g), to enter a judgment reversing the defendant Commissioner's decision with a remand of the cause to the defendant Commissioner for further administrative proceedings,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that any and all motions other than the Joint Motion to Remand are **DENIED** as moot, the final decision of the Commissioner is **REVERSED,** and this action is remanded to the Commissioner for further proceedings not inconsistent with the **CONSENT ORDER** entered simultaneously herewith.

Signed: May 18, 2006

Dennis L. Howell
United States Magistrate Judge